**CGFI6** (12/01/20)



**ORDERED in the Southern District of Florida on April 6, 2023**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 23−12686−PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Latonia Nelson
aka Latonia Lovett Nelson
3000 NW 214th Street
Miami Gardens, FL 33056

SSN: xxx−xx−3585

## ORDER DENYING APPLICATION TO PAY FILING FEE
## IN INSTALLMENTS AND SETTING DEADLINE TO CORRECT
## DEFICIENCY(IES) TO AVOID DISMISSAL OF CASE

An "Application for Individuals to Pay the Filing Fee in Installments" was filed in this case on **4/5/2023**. A review of the record indicates:

- The application (paragraph 3) did not include the amount of the final installment payment due on or before 60 days from the filing date of the petition.

The court having considered said application, it is

**ORDERED** that that the application is "denied". The debtor must correct the above−noted deficiency(ies) on or before **04/13/2023** by submitting an AMENDED application and, if applicable, shall remit **$ 169.00**. Payment must be made by money order, cashier's or "official" check payable to Clerk, U.S. Court. Cash will not be accepted as a form of payment. Failure to comply with or otherwise respond to this order will result in entry of an order dismissing case without further notice or hearing.

# # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor (if applicable), Petition Preparer (if applicable), and Trustee.